UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD BURGESS,

    Plaintiff,

v.

CLARK COUNTY,

    Defendant.

CASE NO. 3:15-CV-05895-RJB-JRC

ORDER GRANTING MOTION TO AMEND

Plaintiff Richard S. Burgess, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint pursuant to 42 U.S.C. § 1983. Before the Court is plaintiff's Motion to Amend Original Complaint. Dkt. 12.

Pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure,

> A party may amend its pleading once as a matter of course within:
> (A) 21 days after serving it, or
> (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 da ys after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

ORDER GRANTING MOTION TO AMEND - 1

1 | Plaintiff filed his motion to amend prior to service and prior to the filing of a responsive
2 | pleading. *See* Docket. It appears that plaintiff filed this motion in response to the Court's
3 | February 10, 2016 order to show cause in which the Court declined to serve plaintiff's original
4 | complaint, but granted plaintiff leave to file an amended complaint. Dkt. 10. Accordingly,
5 | plaintiff's motion to amend is granted.
6 |     The Clerk is directed to separately docket plaintiff's motion to amend complaint (Dkt. 12)
7 | as plaintiff's amended complaint.
8 |     Dated this 16th day of March, 2016.

/s/ J. Richard Creatura
J. Richard Creatura
United States Magistrate Judge