# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RICHARD BURGESS,

        Plaintiff,

v.

CLARK COUNTY, et al.,

        Defendants.

CASE NO. 3:15-cv-05895 RJB

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation (Dkt. 37).

(2) The plaintiff's civil rights complaint is dismissed for failure to obey a court order and failure to prosecute. The Court orders that the defendant's motion for summary judgment (Dkt. 25) is denied as moot.

**DATED** this 15th day of September, 2017.

        */s/ Robert J. Bryan*

        ROBERT J. BRYAN
        United States District Judge